# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 2:93-cr-00019-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| GRADY WILLIAM POWERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Reconsideration Pursuant to F.R.Cv.P. 59(e)" [Doc. 16].

On November 28, 2018, the Court entered an Order denying the Defendant's motion for a transcript of the testimony and other materials presented to the grand jury. Specifically, the Court concluded that the Defendant had failed to demonstrate a particularized need for the requested materials. [Doc. 15]. The Defendant now seeks reconsideration of that Order, arguing that the victim of his crimes recently passed away and therefore "no privacy issues remain." [Doc. 16 at 2]. He further contends that "there is a strong possibility" that the transcript will reveal that "misstatements and conjecture" were presented to the grand jury. [Id.].

Upon careful review, the Court finds no basis in the law to reconsider the Defendant's motion. The Defendant still has failed to demonstrate a particularized need for the requested materials. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Reconsideration Pursuant to F.R.Cv.P. 59(e)" [Doc. 16] is **DENIED**.

**IT IS SO ORDERED.**

Signed: December 19, 2018

Martin Reidinger
United States District Judge